In the Matter of the Application of the EAST RIVER BRIDGE AND CONEY ISLAND STEAM TRANSIT COMPANY for the Appointment of Commissioners.

(Argued April 17, 1883; decided April 24, 1883.)

*John H. Bergen & Jesse Johnson* for appellant.

*David Barnett* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM S. MARRIN et al., Appellants, *v.* OWEN A. MARRIN, Respondent.

(Argued April 17, 1883; decided April 24, 1883.)

MEM. of decision below (27 Hun, 601).

*Joseph J. Marrin* for appellants.

*Benjamin Hitchings* for respondent.

Agree to reverse orders of the Special and General Terms and to deny motion; no opinion.
All concur.
Ordered accordingly.

---

ALFRED T. BAXTER, Respondent, *v.* FRANKLIN BELL et al., Appellants.

(Submitted April 17, 1883; decided April 24, 1883.)

*B. F. Tracey & Samuel Hand* for appellants.

*Frederic A. Ward* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed